# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | GARY MICHAEL & SHANNON LEE DROTTAR |
| **Case Number:** | 4:09-BK-00372-JMM   **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 09, 2009 01:30 PM   COURTROOM 329 |
| **Bankruptcy Judge:** | JAMES M. MARLAR |
| **Courtroom Clerk:** | CINDY TURNBULL |
| **Reporter / ECR:** | BEVERLY GRANILLO |

### Matter:

TRUSTEE'S MOTION TO DISMISS

**R / M #:**   32 / 0

### Appearances:

DIANNE C. KERNS, TRUSTEE
TRUCLY PHAM, ATTORNEY FOR GARY MICHAEL DROTTAR, SHANNON LEE DROTTAR, APPEARING BY PHONE

### Proceedings:

MS. KERNS STATES THE LAST PAYMENT MADE WAS ON NOVEMBER 16, 2009.  THE DEBTORS ARE DOWN $11,675.25.

MS. PHAM RENDERS AN UPDATE.  SHE HAS SENT IN A SECOND AMENDED PLAN, AND THE DEBTORS ARE CURRENT.

MS. KERNS WANTS A 30-DAY DROP-DEAD DATE TO VERIFY THIS INFORMATION.

COURT:  THE TRUSTEE WILL HAVE 30 DAYS TO REVIEW THE FILE.  IF SHE IS NOT SATISFIED, SHE IS TO GIVE DEBTORS' COUNSEL NOTICE, AND COUNSEL CAN BRING SOME TYPE OF MOTION BEFORE THE COURT TO GET SOME ALTERNATIVE RELIEF.