John J. Volin, #09880
Trucly Pham, #026088
JOHN JOSEPH VOLIN, P.C.
2033 East Warner Road, Suite 106
Tempe, AZ  85284
Phone: (480) 820-0800
Fax: (480) 820-3575
Email: joe@volinlaw.com
Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GARY MICHAEL DROTTAR and<br>SHANNON LEE DROTTAR,<br><br>Debtors. | Chapter 13 Proceeding<br><br>Case No. 4:09-bk-00372 JMM<br><br>NOTICE OF CONTINUED EVIDENTIARY HEARING ON DEBTORS' OBJECTION TO PROOF OF CLAIM #1-1 – FILED BY PHH MORTGAGE CORP. (1/2 HOUR)<br><br>Date: **March 29, 2010**<br>Time: **1:30 p.m.** |

**NOTICE IS HEREBY GIVEN** that a hearing in the above-entitled cause will be held at the U.S. Bankruptcy Court, James A. Walsh Courthouse, 38 South Scott Avenue, Courtroom 430, Tucson, Arizona, before the Honorable James M. Marlar on March 29, 2010 at 1:30 p.m. to consider and act upon the following motion:

**EVIDENTIARY HEARING ON DEBTORS' OBJECTION TO PROOF OF CLAIM #1-1 FILED BY PHH MORTGAGE CORP. (1/2 HOUR)**

Any further pleadings must be in writing, filed with the Clerk of the Bankruptcy Court at 38 South Scott Avenue, Tucson, Arizona  85701-1704  at least one week prior to the hearing.

DATED:  January 15, 2010            JOHN JOSEPH VOLIN, P.C.

                                                  By:  /s/ JJV, #09880
                                                      John J. Volin, #09880
                                                      Trucly Pham, #026088
                                                      2033 East Warner Road
                                                      Suite 106
                                                      Tempe, Arizona  85284
                                                      Attorneys for Debtors

Copy of the foregoing
mailed this 15th day of
January 2010 to the following:

Gary M. and Shannon L. Drottar
20231 N Valencia Drive
Maricopa AZ  85138-5489
Debtors

PHH Mortgage Corp.
4001 Leadenhall Road
Mount Laurel NJ  08054-4611

PHH Mortgage Corp.
c/o Mark S. Bosco
Tiffany & Bosco, P.A.
2525 E. Camelback Rd
Suite 300, Esplanade II
Phoenix, AZ 85016-4237

PHH Mortgage
c/o First American National Default Outsourcing
8120 Nations Way, Suite 100
Jacksonville, FL 32256

Dianne C. Kerns
7320 N. La Cholla #154 PMB 413
Tucson, AZ 85741-2305


By:   /s/ JJV   #09880
        John J. Volin